**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **DAVID L. MALONE** * | |
| **Reg. #16798-047,** * | |
| * | |
| **Plaintiff** * | |
| * | |
| v. * | Case No. 4:04CV00846 GTE/JFF |
| * | |
| **MARVIN MORRISON,** * | |
| * | |
| **Defendant** * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE upon Defendant's second Motion to Dismiss (docket entry #28) due to Plaintiff's failure to comply with Local Rule 5.5(c)(2). Defendant's pending Motion to Dismiss (docket entry #20) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 2nd day of December, 2005.

      /s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE